IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| FCS ADVISORS, LLC,<br><br>Plaintiff,<br><br>—against—<br><br>THEIA GROUP, INC., d/b/a "THORIAN GROUP" and/or "CYPHERIAN"; THEIA AVIATION, LLC; and THEIA HOLDINGS A, INC., d/b/a "THORIAN HOLDINGS,"<br><br>Defendants. | NOTICE OF RECEIVERSHIP PURSUANT TO 28 U.S.C. § 754<br><br>Misc. No. 21-mc-207<br><br>United States District Court for the Southern District of New York<br><br>C.A. No. 21 Civ. 6995 (PKC) |

## NOTICE OF RECEIVERSHIP

Michael Fuqua, in his capacity as receiver for the assets of Theia Group, Inc., d/b/a "Thorian Group" and/or "Cypherian"; Theia Aviation, LLC; and Theia Holdings A, Inc., d/b/a "Thorian Holdings" (collectively, the "Receivership Entities"), pursuant to 28 U.S.C. § 754 and Rule 66 of the Federal Rules of Civil Procedure, by and through his undersigned counsel, hereby files this *Notice of Receivership* (the "Notice") with the United States District Court for the District of Colorado.

1. On November 8, 2021, the United States District Court for the Southern District of New York (the "Receivership Court") entered an *Order Appointing Michael Fuqua as Receiver* (Doc. No. 117) (the "Receivership Order") in the case styled *FCR Advisors, LLC v. Theia Group, Inc., d/b/a "Thorian Group" and/or "Cypherian"; Theia Aviation, LLC; and Theia Holdings A, Inc., d/b/a "Thorian Holdings,"* C.A. No. 1:21-cv-6995 (PKC) (the "Receivership Action").

2. Pursuant to the Receivership Order, the Receivership Court appointed Michael Fuqua (the "Receiver") as federal receiver for the assets of the Receivership Entities.

3.  Under section 754 of title 28 of the United States Code, a copy of the complaint in the Receivership Action (the "Receivership Complaint") and a copy of the Receivership Order must be filed in the United States District Court(s) in which property of the Receivership Entities is located.

4.  The Receiver believes that property of the Receivership Entities is located in this District, and therefore, the Receiver provides this Notice.

5.  A true and correct copy of the Receivership Complaint is attached as **Exhibit A**.

6.  A true and correct copy of the Receivership Order is attached as **Exhibit B**.

Dated: November 17, 2021

REED SMITH LLP

*/s/ Keith M. Aurzada*
Keith M. Aurzada (Atty. Reg. # 27595)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Tel: (469) 680-4200
Fax: (469) 680-4299
E-mail: kaurzada@reedsmith.com

OF COUNSEL:

Kurt F. Gwynne, Esq.
Jason D. Angelo, Esq.
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com
E-mail: jangelo@reedsmith.com

*Counsel for Michael Fuqua, in his capacity as Receiver of Theia Group, Inc., Theia Aviation LLC, and Theia Holdings A, Inc.*